UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNNIE FORD                                                                                      PLAINTIFF

v.                                            CASE NO. 5:16-cv-00011-JTK

CAROLYN W. COLVIN, *Acting Commissioner*
Social Security Administration                                                         DEFENDANT

## JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that this case be reversed and remanded to the Defendant for further administrative action pursuant to sentence four (4) of §205(g) of the Social Security Act, 42 U.S.C. §405(g).  *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED this 24th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE